[Cite as *State ex rel. Whitt v. Coshocton Common Pleas Court*, 2013-Ohio-2325.]

COURT OF APPEALS
COSHOCTON COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  |  |
|---|---|---|
|  |  | JUDGES: |
| STATE OF OHIO, EX REL | : | Hon. W. Scott Gwin, P.J. |
| STEPHEN H. WHITT | : | Hon. Sheila G. Farmer, J. |
|  | : | Hon. Patricia A. Delaney, J. |
| Relator | : |  |
|  | : |  |
| -vs- | : | Case No. 2012CA0014 |
|  | : |  |
| COSHOCTON COMMON PLEAS | : |  |
| COURT | : | O P I N I O N |
|  |  |  |
| Respondent |  |  |

CHARACTER OF PROCEEDING:     Writ of Mandamus

JUDGMENT:     Dismissed

DATE OF JUDGMENT ENTRY:     May 30, 2013

APPEARANCES:

For Relator

STEPHEN H. WHITT PRO SE

For Respondent

JASON W. GIVEN
Prosecuting Attorney
318 Chestnut Street
Coshocton, OH 43812

*Gwin, P.J.*

**{¶1}** Relator, Stephen W. Whitt, has filed a Petition for Writ of Mandamus requesting this Court find Respondent in contempt of court, vacate his conviction, and order a new trial in his underlying criminal case. Attached to the petition is an "Affidavit of Disqualification." Respondent has only filed a response to the affidavit of disqualification.

**{¶2}** Initially, we find the affidavit of disqualification was not filed with the Supreme Court as required by R.C. 2501.13. For this reason, we have jurisdiction to address the petition for writ of mandamus.

**{¶3}** As a preliminary matter, Relator has failed to comply with R.C. 2969.25 by not filing an affidavit detailing his prior civil filings.

**{¶4}** Further, Relator has named the "Coshocton Common Pleas Court" as the respondent. A court is not sui juris. "A court is defined to be a place in which justice is judicially administered. It is the exercise of judicial power, by the proper officer or officers, at a time and place appointed by law." *Todd v. United States* (1895), 158 U.S. 278, 284, 15 S.Ct. 889, 891, 39 L.Ed. 982. Absent express statutory authority, a court can neither sue nor be sued in its own right. *State ex rel. Cleveland Municipal Court v. Cleveland City Council* (1973), 34 Ohio St.2d 120, 296 N.E.2d 544.

**{¶5}**  Because Relator has failed to file an affidavit of prior civil filings and because Relator has failed to name a proper respondent, the Petition for Writ of Mandamus is dismissed.


By Gwin, P.J.,

Farmer, J., and

Delaney, J., concur


_____

HON. W. SCOTT GWIN


_____

HON. SHEILA G. FARMER


_____

HON. PATRICIA A. DELANEY


WSG:clw 0502

[Cite as *State ex rel. Whitt v. Coshocton Common Pleas Court*, 2013-Ohio-2325.]

IN THE COURT OF APPEALS FOR COSHOCTON COUNTY, OHIO

FIFTH APPELLATE DISTRICT

STATE OF OHIO, EX REL
STEPHEN H. WHITT                          :
                                          :
          Relator                         :
                                          :
                                          :
-vs-                                      :          JUDGMENT ENTRY
                                          :
COSHOCTON COMMON PLEAS COURT  :
                                          :
                                          :
          Respondent                      :          CASE NO. 2012CA0014


     For the reasons stated in our accompanying Memorandum-Opinion, the Petition for

Writ of Mandamus is dismissed. Costs to Relator.


                                   _____
                                   HON. W. SCOTT GWIN

                                   _____
                                   HON. SHEILA G. FARMER

                                   _____
                                   HON. PATRICIA A. DELANEY